UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                        Plaintiffs,

-against-

UNITED STATES SD COURT, et al.,

                       Defendants.

19-CV-11916 (CM)

CIVIL JUDGMENT

     Pursuant to the order issued January 3, 2020, dismissing the complaint,

     IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), the complaint is dismissed without prejudice.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 3, 2020
              New York, New York

                                           COLLEEN McMAHON
                                       Chief United States District Judge